JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY NIE, | Case No. 5:25-cv-01224-PA-RAO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COUNTY OF SAN BERNARDINO, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Complaint,

IT IS ORDERED AND ADJUDGED that this action is DISMISSED without prejudice.

DATED: August 19, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE